# IN THE COURT OF APPEALS OF THE NAVAJO NATION

## WINDOW ROCK, NAVAJO NATION (ARIZONA)

Wayne Saltwater, C#111,204                )          No.: A-CV-01-78
                                           )
                     Petitioner,           )
                                           )          ORDER OF DISMISSAL
          vs.                              )
                                           )
Merwin Lynch, Judge of the                 )
Window Rock District Court,                )
                                           )
                     Respondent.           )
                                           )

The Petition for Writ of Mandamus in the above-entitled case having been duly filed with the Court of Appeals on the 19th day of January, 1978, and the suit which was the basis of the petition herein having been dismissed, and upon reviewing the petition submitted by the Counsel of Record for the Petitioner, it is ORDERED that the Petition for Writ of Mandamus filed herein be and it hereby is DISMISSED.

Dated this 3rd day of March, 1978.

Marie F. Neswood

Acting Chief Justice Of The Navajo Nation